# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00098-MR

| | |
|---|---|
| **DOUGLAS ESPOSITO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| ) | |
| **WAL-MART STORES, INC.** and ) | |
| **HARTFORD LIFE AND** ) | |
| **ACCIDENT INSURANCE CO.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant Wal-Mart Stores, Inc.'s motions for the admission of attorneys J. Gordon Howard and Thomas H. Lawrence as counsel *pro hac vice*. [Docs. 6, 7]. Upon careful review and consideration, the Court will allow the motions.

**IT IS, THEREFORE, ORDERED** that the Defendant's motions [Docs. 6, 7] are **ALLOWED**, and J. Gordon Howard and Thomas H. Lawrence are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**  Signed: May 22, 2013

Martin Reidinger
United States District Judge